IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Case No. 1:23-CV-02470-CEF

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

ANTONIO'S PIZZA, INC. d/b/a ANTONIO'S
SHOPPES AT PARMA

     Defendant.

_____

## MOTION FOR CLERK'S DEFAULT

Plaintiff Prepared Food Photos, Inc. f/k/a AdLife Marketing & Communications Co., Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against defendant Antonio's Pizza, Inc. d/b/a Antonio's Shoppes at Parma ("Defendant"), and in support thereof states as follows:

1. On December 29, 2023, Plaintiff filed its Complaint in this action.

2. On January 22, 2024, Defendant was served with a copy of the Summons and Complaint in this action. See D.E.5.

3. Defendant's response/answer to the Complaint was due on February 12, 2024.

4. As the docket in this action reveals, Defendant has failed to file any Answer or otherwise respond to the Complaint as required by the Court.

5. Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter a default against Defendant and for such other and further relief as the Court deems proper under the circumstances.

Respectfully submitted,

/s/ Jessica A Barwell
**WESP BARWELL, L.L.C.**
Jessica A. Barwell (0088716)
Gregory P.  Barwell (0070545)
Attorneys at Law
475 Metro Place S. Ste 430
Dublin, Ohio 43017
P+F: (614) 456-0488
Email:  jbarwell@wesplaw.com
Email:  gbarwell@wesplaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Jessica A. Barwell
Jessica A. Barwell, Esq.