

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4869557096833889647**
FRE 408 SETTLEMENT COMMUNICATION

Wednesday, January 20, 2021

**Company Name**
Antonio's Shoppes At Parma

**Company Address**
7401 West Ridgewood Dr
Parma, OH 44129-5534

**Company Phone Number**
440-886-2511

**URL Containing Image**
https://www.antoniosparmatown.net/salads-and-sandwiches



**Image Name**
SoupSalad001.

**Registration Number**
VA0002014921





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

Re: Claim Number: 4928316666834998718

FRE 408 SETTLEMENT COMMUNICATION

Monday, March 29, 2021

**Company Name**

Antonio's Shoppes At Parma



**Company Address**

7401 West Ridgewood Dr
Parma, OH 44129-5534

**Image Name**

SpaghettiMeatball012_ADL.

**Company Phone Number**

440-886-2511

**Registration Number**

VA0002064187

**URL Containing Image**

https://www.antoniosparmatown.net/catering

